FILED

| | | |
|---|---|---|
| 1 | **Dawn Kyle, In Propria Persona**<br>2892 North Bellflower<br>Suite 354<br>Long Beach, CA 90815<br>213.500.3296 | 2008 JAN 23 PM 3:59<br><br>CLERK U.S. ~~DISTRICT COURT~~<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ NC<br><br>FILED<br>JAN - 7 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| DAWN KYLE,<br><br>　　　Appellant,<br><br>　　　-vs-<br><br>CAROLYN ANNE DYE,<br><br>　　　Chapter 7 trustee/Appellee. | US BANKRUPTCY COURT CASE LA 2:01-42196-VZ<br>BANKRUPTCY APPELLATE CASE CC-07-1414<br>U.S. DISTRICT CASE CV07-08087 FMC<br><br>**APPELLANT'S DESIGNATION OF RECORD**<br><br>**Judge Vincent Phillip Zurzolo**<br>Roybal Federal Building<br>255 E. Temple<br>Room 1368<br>Los Angeles, CA 90012 |

TO THE U. S. BANKRUPTCY COURT, INTERESTED PARTIES, AND ATTORNEYS OF RECORD:

Appellant DAWN KYLE, hereby files her Designation of Record in the above-captioned case.

### APPELLANT'S DESIGNATION OF RECORD

1. 8/10/04 BAP Memorandum

2. 10/11/06 Order Granting Motion to Compel Chapter 7 Trustee to Disburse
   1) Debtor's Homestead Exemption 2) Costs Taxed by the Ninth Circuit Court of Appeals

3. 9/25/07 Hearing Transcript

4. 12/3/03 Order Approving Sale of Property Free and Clear of All Liens, Encumbrances

---

Page 1 of 2

*Appellants Designation of Record*
　　　　　　　　　　　　　　　　LA 2:01-42196-VZ

5. 6/2/04 Order Awarding Interim Compensation and Reimbursement of Expenses for the Period May 1, 2002 through and Including April 16, 2004 to Rein Evans & Sestanovich LLP, Attorneys for Carolyn A. Dye Chapter 7 trustee

6. 12/22/04 Liberty Mutual letter12/10/03 Letter from David Kyle, Esq.

7. 6/27/2002 Declaration of Theodore K. Roberts, Esq.

8. Carolyn A. Dye, Chapter 7 Trustee's Notice of Motion and Motion for Order Authorizing Surcharge of Debtor's Homestead Exemption

9. 7/10/2007 Order Denying Motion for Order Authorizing Surcharge of Debtor's Homestead

10. 12/29/03 letter from Anthony Alana Friedman

11. 9/10/07 Opposition to Carolyn A. Dye's Motion for Order Authorizing Surcharge

12. 6/23/04 BAP Transcript of Oral Argument

13. 3/28/06 US Ninth Circuit Judgment Award for Bill of Costs

14. 11/28/01 Transcript of 341(a) Hearing

15. 6/19/2002 Transcript of Trustee's Motion to Object to Certain of the Debtor's Exemption

16. 11/6/03 Declaration of Ernest Miles

17. 10/19/06 letter from Carolyn A. Dye

18. 10/19/06 check from Carolyn A. Dye

19. 11/9/04 BAP PUBLISHED Opinion

20. 12/10/07 Order Denying Debtor's Motion for Reconsideration of the 10/22/07 Order Granting, in part, Surcharge of Debtor's Homestead Exemption

21. 10/22/07 Order Granting in part, Carolyn A. Dye's Motion for Order Authorizing Surcharge

January 4, 2008

Dawn Kyle, Appellant In Propria Persona
2892 North Bellflower, Suite 354
Long Beach, CA 90815
213.500.3296 / eos119@yahoo.com

# PROOF OF SERVICE

I am over the age of 18. On the below date, I served the following parties, the below titled document, by placing and depositing true copies in sealed-postage-paid envelopes in the U.S. mail in California.

## APPELLANT'S DESIGNATION OF RECORD

**Attorney for Carolyn Anne Die**
Anthony Alana Friedman, State Bar 201955
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067
afriedman@mdfslaw.com
P (310) 551-3100  /  F (310) 551-0238

**Chapter 7 Trustee**
Carolyn Anne Die, State Bar 97527
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA 90010-1901
P (213) 368-5000  /  F (213) 368-5009
trustee@cadye.com
cdye@ecf.epiqsystems.com

January 4, 2008

Dawn Kyle, Appellant In Propria Persona
2892 North Bellflower, Suite 354
Long Beach, CA 90815
213.500.3296
eos119@yahoo.com