Dawn Kyle, In Propria Persona
2892 North Bellflower
Suite 354
Long Beach, CA 90815
213.500.3296

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2008
5:00
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| DAWN KYLE, | **DISTRICT CASE CV07-08087 FMC** |
| Appellant, | BANKRUPTCY APPELLATE CASE CC-07-1414 |
| -vs- | US BANKRUPTCY COURT CASE LA 2:01-bk-42196-VZ |
| CAROLYN ANNE DYE, | **NOTICE OF ORDERS/JUDGMENTS APPEALED FROM** |
| Chapter 7 trustee/Appellee. | **Judge: Florence-Marie Cooper**<br>US DISTRICT COURT<br>United States Courthouse<br>312 N. Spring Street, ROOM G8<br>Los Angeles, CA 90012-4701 |

TO THE U. S. DISTRICT COURT, ALL INTERESTED PARTIES, AND ATTORNEYS OF RECORD:

Appellant DAWN KYLE, hereby files and attaches Orders/Judgments Appealed from in the instant appeal.

January 4, 2008

_____
Dawn Kyle, Appellant In Propria Persona
2892 North Bellflower, Suite 354
Long Beach, CA 90815
213.500.3296 / eos119@yahoo.com

Page 1 of 1

*Notice of Order/Judgment Appealed From*
USD CV07-08087 FMC

838.003
ANTHONY A. FRIEDMAN, SBN 201955
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238
E-Mail: afriedman@mdfslaw.com

Attorneys for Carolyn A. Dye, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**DAWN JEAN KYLE**<br>fka **DAWN JEAN MARTIN,**<br><br>Debtor. | Case No.: 2:01-bk-42196-VZ<br><br>Chapter 7<br><br>ORDER GRANTING, IN PART, CAROLYN A. DYE, CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL<br><br>Date: September 25, 2007<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, California 90012 |

The Motion of Carolyn A. Dye, the duly appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Dawn Jean Kyle fka Dawn Jean Martin (the "Debtor") for an Order Authorizing Chapter 7 Trustee To Surcharge Debtor's Homestead Exemption (the "Motion") came on regularly for hearing at the above date, time and courtroom before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge. Anthony A. Friedman of Moldo Davidson Fraioli Seror & Sestanovich LLP appeared on behalf of Carolyn A. Dye, Chapter 7 Trustee. The Debtor appeared on her own behalf. There were no other appearances.

/ / /

1  The Court having read and considered the Trustee's Motion, the Debtor's opposition to the
2  Motion and the Trustee's reply to Debtor's opposition to the Trustee's Motion, having heard and
3  considered the arguments of counsel and the Debtor, and having issued its Findings of Fact and
4  Conclusions of Law on the record; and good cause appearing therefor,
5  **IT IS HEREBY ORDERED** that:
6  1.  The Trustee's Motion is **GRANTED, in part**.
7  2.  The Trustee is authorized to surcharge Debtor's $125,000.00 homestead exemption in
8  the real property located at 2053 West 29th Street, Los Angeles, California in the total amount of
9  $18,956.12.

DATED: 10/18/07

THE HONORABLE VINCENT P. ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

| In re<br><br>DAWN JEAN KYLE<br>fka DAWN JEAN MARTIN,<br><br>Debtor(s). | Chapter 7<br><br>Case No. LA 01-42196-VZ |
|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled "ORDER GRANTING, IN PART, CAROLYN A. DYE, CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL" was entered on 10-22-07.

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on 10-22-07.

DATED: 10-22-07

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

32453.2  838.00003

1

**In re Dawn Jean Kyle fka Dawn Jean Martin**
**U.S.B.C. Case No. LA 01-42196-VZ**

2

**SERVICE LIST**

3

4  Office of the United States Trustee                  U. S. Trustee
   Ernst & Young Plaza
5  725 S. Figueroa Street, 26th Floor
   Los Angeles, CA  90017
6

7  Dawn Jean Kyle                                        Debtor
   fka Dawn Jean Martin
8  2892 N. Bellflower
   Suite 354
9  Long Beach, CA  90815

10

11 Carolyn A. Dye, Trustee                               Chapter 7 Trustee
   Law Offices of Carolyn A. Dye
12 3435 Wilshire Blvd.
   Suite 1045
13 Los Angeles, CA  90010-1901

14
   Anthony A. Friedman, Esq.                             Attorneys for Carolyn A. Dye, Chapter 7 Trustee
15 Moldo Davidson Fraioli
   Seror & Sestanovich LLP
16 2029 Century Park East, 21st Floor
   Los Angeles, CA  90067
17

18

19

20

21

22

23

24

25

26

27

28

31930.1 838.00003

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **October 1, 2007**, I served the document(s) described as: **ORDER GRANTING, IN PART, CAROLYN A. DYE, CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] **BY FEDERAL EXPRESS/OVERNITE EXPRESS/EXPRESS MAIL/CERTIFIED MAIL:** I caused said document(s) to be sent via Federal Express/Overnite Express/Express Mail for next business day delivery or Certified Mail.

[ ] **BY EMAIL:** I caused said document(s) to be sent via email.

[ ] **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

[ ] **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

[ ] **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 1, 2007**, at Los Angeles, California.

TRISH MELENDEZ

31930.1  838.00003

**In re Dawn Jean Kyle fka Dawn Jean Martin**
U.S.B.C. Case No. LA 01-42196-VZ

## SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | U. S. Trustee |
| Dawn Jean Kyle<br>fka Dawn Jean Martin<br>2892 N. Bellflower<br>Suite 354<br>Long Beach, CA 90815 | Debtor |

31930.1  838.00003



838.003
ANTHONY A. FRIEDMAN, SBN 201955
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238
E-Mail: afriedman@mdfslaw.com

Attorneys for Carolyn A. Dye, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAWN JEAN KYLE<br><br>fka DAWN JEAN MARTIN,<br><br>Debtor. | Case No.: 2:01-bk-42196-VZ<br><br>Chapter 7<br><br>ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF THE OCTOBER 22, 2007 ORDER GRANTING, IN PART, SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL<br><br>Date:    November 27, 2007<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>            255 E. Temple Street<br>            Los Angeles, California 90012 |

    The Motion of Dawn Jean Kyle formerly known as Dawn Jean Martin (the "Debtor") for reconsideration of the October 22, 2007 order granting, in part, Carolyn A. Dye, Chapter 7 Trustee's Surcharge Motion Of Debtor's Homestead Exemption (the "Reconsideration Motion") came on for hearing at the above date, time and courtroom before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge. Anthony A. Friedman of Moldo Davidson Fraioli Seror & Sestanovich LLP appeared on behalf of Carolyn A. Dye, Chapter 7 Trustee (the "Trustee"). The Debtor appeared on her own behalf. There were no other appearances.

///

The Court having read and considered the Reconsideration Motion, the response filed by the Trustee relative to the Reconsideration Motion, having heard and considered the arguments of counsel and the Debtor, and having issued its Findings of Fact and Conclusions of Law on the record; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Debtor's Motion For Reconsideration Of The October 22, 2007 Order Granting, In Part, Surcharge Of Debtor's Homestead Exemption Filed At Suggestion Of Bankruptcy Appellate Panel is **DENIED**.

DATED: 12/6/07

THE HONORABLE VINCENT P. ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

| In re | Chapter 7 |
|---|---|
| DAWN JEAN KYLE<br>fka DAWN JEAN MARTIN,<br><br>          Debtor(s). | Case No. LA 01-42196-VZ |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled "ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF THE OCTOBER 22, 2007 ORDER GRANTING, IN PART, SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL" was entered on

   _____DEC -10 2007_____.

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on

   _____DEC 1 0 2007_____.

DATED:   DEC 1 0 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
      Deputy Clerk

<u>In re Dawn Jean Kyle fka Dawn Jean Martin</u>
U.S.B.C. Case No. LA 01-42196-VZ

**SERVICE LIST**

| | |
|---|---|
| Office of the United States Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | U. S. Trustee |
| Dawn Jean Kyle<br>fka Dawn Jean Martin<br>2892 N. Bellflower<br>Suite 354<br>Long Beach, CA 90815 | Debtor |
| Anthony A. Friedman, Esq.<br>Moldo Davidson Fraioli<br>Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 | Attorneys for Carolyn A. Dye, Chapter 7 Trustee |

31930.1   838.00003

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **December 3, 2007**, I served the document(s) described as: **ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF THE OCTOBER 22, 2007 ORDER GRANTING, IN PART, SURCHARGE OF DEBTOR'S HOMESTEAD EXEMPTION FILED AT SUGGESTION OF BANKRUPTCY APPELLATE PANEL**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/OVERNITE EXPRESS/EXPRESS MAIL/CERTIFIED MAIL:** I caused said document(s) to be sent via Federal Express/Overnite Express/Express Mail for next business day delivery or Certified Mail.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 3, 2007**, at Los Angeles, California.

TRISH MELENDEZ

31930.1  838.00003

**In re Dawn Jean Kyle fka Dawn Jean Martin**
U.S.B.C. Case No. LA 01-42196-VZ

**SERVICE LIST**

| | |
|---|---|
| Office of the United States Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA  90017 | U. S. Trustee |
| Dawn Jean Kyle<br>fka Dawn Jean Martin<br>2892 N. Bellflower<br>Suite 354<br>Long Beach, CA  90815 | Debtor |

31930.1  838.00003

# PROOF OF SERVICE

I am over the age of 18. On the below date, I served the following parties, the below titled document, by placing and depositing true copies in sealed-postage-paid envelopes in the U.S. mail in California.

---

## NOTICE OF ORDERS/JUDGMENTS APPEALED FROM

### Attorney for Carolyn Anne Die
Anthony Alana Friedman, State Bar 201955
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP
2029 Century Park East, 21st Floor
Los Angeles, CA  90067
afriedman@mdfslaw.com
P (310) 551-3100   /   F (310) 551-0238

---

### Chapter 7 Trustee
Carolyn Anne Die, State Bar 97527
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA  90010-1901
P (213) 368-5000   /   F (213) 368-5009
trustee@cadye.com
cdye@ecf.epiqsystems.com

January 4, 2008

Dawn Kyle, Appellant In Propria Persona
2892 North Bellflower, Suite 354
Long Beach, CA  90815
213.500.3296
eos119@yahoo.com

---

Proof of Service

USD Case CV07-08087 FMC