JS - 6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10  IN RE                                )   2:07-cv-08087-FMC
                                         )   BK LA 01-42196-VZ
11  DAWN KYLE,                           )
                                         )
12                    Appellant,         )   ORDER AFFIRMING BANKRUPTCY
                                         )   COURT
13  vs.                                  )
                                         )
14  CAROLYN ANN DYE,                     )
                                         )
15                    Appellee.          )
                                         )
16  _____)

17       The matter is before the Court on Appellant's Appeal from the Order of the

18  Bankruptcy Court granting a surcharge against her homestead exemption. The Court

19  has read and considered Appellant's Opening Brief, Appellee's Brief, and

20  Appellant's Reply, together with the voluminous documents provided by both sides.

21

22                              **Background**

23       This Court has issued prior orders concerning this ongoing bankruptcy matter,

24  and will not recite its long history, which is familiar to both parties.  In the matter

25  before the Court today, appellant challenges the order of the bankruptcy judge which

26  authorized the trustee to deduct from the debtor's homestead exemption the amount

27  of $18,956.12, covering certain fees and costs.

28  /     /     /

**Discussion**

As the result of a series of orders from the Bankruptcy Appeals Board, the Ninth Circuit Court of Appeals, and the Bankruptcy Judge, the debtor was ultimately awarded a $125,000 homestead exemption in her home.  The order appealed from was the result of a directive from the Ninth Circuit, which concluded that the debtor was entitled to her homestead exemption, but that a surcharge of the exemption might be appropriate to reflect the trustee's reasonable expenses, noting that "significant scrutiny will be in order."

Following a post-appeal hearing, the bankruptcy judge awarded to the trustee a portion of her requested fees.  Her itemized fees and costs totaled $74,384.  The bankruptcy judge, as noted above, awarded only about one-fourth of that amount.  The record makes clear that he gave the matter the "significant scrutiny" the Ninth Circuit required.  The judge carefully considered the trustees' itemized request and evaluated the reasonableness of each item, its relationship to the litigation over the homestead exemption, and the extent to which the debtor was or was not responsible for the expense.

As the bankruptcy judge (and all courts dealing with this case) recognized, there is plenty of blame to go around in assessing why a simple bankruptcy involving essentially one piece of property has been litigated for so many years. The judge's assessment of a fair division of cost was not an abuse of discretion and is well supported by the record.

/     /     /

/     /     /

/     /     /

/     /     /

/     /     /

/     /     /

/     /     /

1    The Bankruptcy Judge's Order, granting a surcharge of the homestead

2   exemption in the amount of $18,956.12 is affirmed.  With this Order, the trustee

3   should disburse to the debtor a check in the sum of $58.26, representing the balance

4   owing on her exemption, thereby possibly bringing this litigation to a close.

5    DATED this 18th day of December 2008.

6

7   _____

8   FLORENCE-MARIE COOPER
    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28