**\*\*AMENDED MINUTES OF MARCH 26, 2009\*\***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-08087-FMC<br>BK LA 01-42196-VZ | Date | March 25, 2009 |
|---|---|---|---|
| Title | In re: Dawn Kyle | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE SANCTIONS   (In Chambers)

The Court is in receipt of Appellant's Motion to Reopen Appeal, etc., filed March 25, 2009.  The Trustee is hereby ordered to show cause why sanctions should not be imposed for failure to comply with this Court's December 18, 2008 Order.  That Order required that the Trustee pay to appellant the sum of $58.26, the balance owing on her exemption.

This Order to Show Cause will be discharged upon proof that the trustee has given appellant a Money Order in the sum of $58.26 to replace the check previously given to her which, for reasons that are unclear to the court, cannot be cashed.  On receipt of such money order, appellant is ordered to return the check to the trustee.

If this OSC has not been complied with, the Trustee is ordered to appear in Court on **Monday, April 27, 2009 at 10:30 a.m.,** and show cause why sanctions should not be imposed.


cc:     Bankruptcy Court @ cacborders@cacb.uscourts.gov

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |