**Dawn Kyle, In Propria Persona**
2892 North Bellflower
Suite 354
Long Beach, CA 90815
210.767.3296
eos119@yahoo.com

ORIGINAL

FILED
CLERK US DISTRICT COURT
MAR 25 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| DAWN KYLE,<br><br>Appellant,<br><br>-vs-<br><br>CAROLYN ANNE DYE,<br><br>Chapter 7 Trustee/Appellee. | DISTRICT CASE  CV07-08087 FMC<br>BANKRUPTCY APPELLATE CASE  CC-07-1414<br><br>US BANKRUPTCY COURT CASE LA 2:01-bk-42196-VZ<br><br>APPELLANT'S<br><br>1. MOTION TO REOPEN APPEAL DUE TO APPELLEE'S FRAUD UPON THIS COURT;<br><br>2. REQUEST TO HAVE THIS COURT'S 12/18/08 ORDER REDUCED TO JUDGMENT;<br><br>3. DECLARATION OF DAWN KYLE<br><br>Judge:  Florence-Marie Cooper<br>US DISTRICT COURT<br>United States Courthouse<br>312 N. Spring Street, ROOM G8<br>Los Angeles, CA 90012-4701 |

*Page 1 of 7*

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

## I. STATEMENT OF THE INSTANT APPEAL

On December 18, 2008, this Court issued their Order. Although Mrs. Kyle did NOT in anyway whatsoever, agree the subject Order, she elected not to appeal it. Said Order states the following in pertinent part, Page 3, lines 2-4:

1. *"With this Order, the trustee should disburse to the debtor a check in the sum of $58.26, representing the balance owing on her exemption, thereby possibly bringing this litigation to a close."*

2. On several different occasions, Mrs. Kyle attempted to cash the trustee's attorney's check, **(see Exhibit A)** however, City National Bank manager "Angela", bank teller Ms. Kay, and manager Ms. Stenernagel said that the subject check *"would never be cashed by City National Bank."*

3. On the second attempt, after reading the notes in Appellee's attorney's bank account, Ms. Kay and Mrs. Stenernagel became hostile, and Ms. Kay and Ms. Stenernagel demanded the check back so they could *"stamp on it"*, however Mrs. Kyle's check was not given to them. Ms Kay told Mrs. Kyle, that although *"funds were available"*, she should **never** deposit the check into any account.

4. Something is very wrong when a trustee and her attorney can perpetrate <u>fraud after fraud</u> on the Courts, "under the color of authority" and with impunity, as

---

*Page 2 of 7*

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

Carolyn Anne Dye (hereinafter referred to as "Dye") did here, by causing to have a "non-negotiable" check issued to Mrs. Kyle.

## II. APPELLANT'S MAIN BANKRUPTCY CASE REMAINS OPEN

For approximately one and a half years, there has been "no activity or proceedings in Mrs. Kyle's main case LA01-42196, however, said case remains open.

## III. APPELLEE AND HER ATTORNEY HAS A HISTORY OF PERPETRATING FRAUD UPON THE COURTS

The glaring fraud, misleading, false and disputatious statements made by Dye and her counsel Anthony Alana Friedman (hereinafter referred to as "Friedman"), since the inception of this case is alarming.

Like the Bankruptcy Appellate Panel (hereinafter referred to as the "BAP"), perhaps now, this Court is beginning to experience the frustration, lies and deceit perpetrated by Dye and Friedman, and reasoning as to why this case has been litigated for so many years.

Dye NEVER paid any creditors one dime, although she sold Mrs. Kyle's home of 27 (twenty seven) years for approximately $262,000.00. Dye NEVER administered/paid taxes, insurance, etc., on Mrs. Kyle's property, see in re: BAP 05-1091.

The BAP's August 10, 2004, Order, which **REVERSED Judge Vincent Zurzolo's Order** Denying the Debtor's Homestead Exemption, (Excerpts of Record filed with

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

Appellant's Opening Brief [hereinafter referred to as **"EOR"**] **0127**,) Page 5, footnote 3, states in pertinent part.

> *"The unduly disputatious, misleading, and inaccurate representations made to us during oral argument b the chapter 7 trustee's counsel (ANTHONY FRIEDMAN) inspire no confidence in the reliability of anything else he has filed."*

Lines 4-9, **(EOR 132)**:

> *"We are also mindful, particularly in light of all the papers filed with us on behalf of the chapter 7 trustee leveling charges and countercharges, that the professional representation in this case has been unduly disputatious in a manner that probably has exacerbated the problem…"*

The BAP's Nov. 9, 2004, **PUBLISHED OPINION** IN RE: <u>Kyle (Dawn) v. Dye (Carolyn)</u>, (same parties in the instant case) **(In re Kyle), 317 B.R. 390, 394 (9th Cir. BAP 2004)**, on **Dye's Motion for Rehearing that Dye filed based on her <u>fraudulent and manufactured Transcript</u>**, states, (EOR 132), Page 10, lines 4-9:

> *"After this appeal took a bad turn at oral argument, Appellee Chapter 7 trustee (Dye) started complaining about the omission from the record of some pages of transcript of a bankruptcy court hearing.*
>
> *The trustee (Dye) clearly acted both belatedly and in a manner that caused excessive and unnecessary litigation strategy. …*
>
> <u>*We have considered Appellee's (Dye's) reformulation of what she wished had been said during oral argument and are not persuaded that we should revise our decision.*</u>

Page 4 of 7

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

Dye and Friedman's fraudulent acts have frustrated Mrs. Kyle's bankruptcy case since it's inception, and their legal arguments mimic the typical judicial pedophile's[1] ego-syntony, which rests on their <u>alloplastic defenses</u>. Dye's defiance of her mandated duties edicts her false sense of immunity, of which she is addicted to. Thus, <u>winning</u> becomes the outlet for her need to litigate <u>wrongfully, recklessly and vengefully</u>.

<u>The intolerable acts of Dye and Friedman strike at the integrity of the entire bankruptcy system, and undermines public trust in the bankruptcy process</u>. This Court must send a clear message to those who abuse the bankruptcy system.

### IV. <u>DYE STOLE MRS. KYLE'S PRINCIPAL RESIDENCE "UNDER COLOR OF AUTHORITY", AND IN GANG-LIKE FASHION, VIA DURESS AND SECRECY</u>

Victim Ernest Miles was forced to deed the subject property to Dye, and was told NOT to inform Mrs. Kyle that he deeded her principal residence of 27 (TWENTY

---

[1] Judicial pedophile – One who preys upon those who are childlike, trusting, inexperienced, ignorant, unsophisticated, naïve, unsuspecting, or uneducated of the law, such as pro pers. Any judicial officer who abuses his/her discretion or uses his judicial position to take advantage of another. Victims of judicial pedophiles feel helpless, have symptoms of being raped, and suffer from Legal Abuse Syndrome.

Page 5 of 7

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

SEVEN YEARS) to (Dye).[2] Ernest Miles stated the following in his November 6, 2003, Declaration **(See EOR 120-122)**

> *"...Attorney Anthony Friedman demanded, threatened, intimidated and coerced me into signing documents on November 03, 2003... Mr. Friedman never explained or read to me what I was signing. Prior to signing the documents at Anthony Friedman's demand, I did not contact or discuss signing the documents with Dawn Martin-Kyle, she never gave me consent to do so, and had no knowledge that I had signed the documents giving away her real property."*

## CLOSING

In light of the above, this Court must:

1. Issue an Order to compel Appellee to make good on their "bad-faith" check dated 1/9/2009, by forwarding Mrs. Kyle, a <u>US Postal Money Order</u>;

2. Order Appellee to pay Mrs. Kyle a minimum, of $100.00 for her inconvenience in attempting to cash Appellee's non-negotiable instrument;

3. Reduce their 12/18/2008, Order to a Judgment.

4. Any other determination that this Court deems just.

March 21, 2009

_____
Dawn Kyle, Appellant In Propria Persona

---

[2] *Friedman admitted that he personally went to the home of Ernest Miles and DEMANDED that Miles sign Mrs. Kyle's home over to Dye. Friedman then took Miles to an awaiting Notary. Miles was intimidated and forced to signed the subject Deed to Dye under duress, and was told he could not inform ANYONE, including Mrs. Kyle, that he gave away Mrs. Kyle's home.*

Page 6 of 7

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

# **DECLARATION OF DAWN KYLE**

I, Dawn Kyle, declare:

1. That I am the debtor in the above entitled matter.

2. That I can attest to the facts contained herein and if called and sworn, I could and would competently testify of my own knowledge to their truthfulness.

3. On several different occasions, I traveled to City National Bank in attempts to cash the trustee's attorney's check **(Exhibit A)**. However, City National Bank manager "Angela", bank teller Ms. Kay, and manager Ms. Stenernagel, said that the subject check *"would never be cashed by City National Bank."*

4. After reading the notes in Appellee's attorney's bank account, Ms. Kay and Ms. Stenernagel strangely, suddenly became hostile towards me. Ms. Kay and Ms. Stenernagel demanded the check back so they could *"stamp on it"*, however the check was not given to them. Ms. Kay told me that although *"funds were available"*, I should never deposit the subject check into any account.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

March 21, 2009

_____
Dawn Kyle, Declarant & Appellant In Propria Persona

---

*Page 7 of 7*

Appellant's Motion to Reopen Appeal Due to Appellee's Fraud Upon the Court, etc.
Case USDC 08087-FMC

**MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP**
NOT TO EXCEED ACCOUNT
1925 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CA 90067
(310) 551-3100

1277

16-1606-1220

DATE 1/9/09

PAY TO THE ORDER OF ___DAWN KYLE___    $58.26*******

FIFTY-EIGHT AND 26/100************************************** DOLLARS

City National Bank
Century City
310-888-6850
1800 Century Park East
Los Angeles, California 90067

FOR ___Balance owing on exemption___
AAF/838.3

⑈⑆00⑈277⑈ ⑆⑈1220⑈6066⑈: 0⑈9⑈⑈1,7898⑈⑈



## PROOF OF SERVICE

I am over the age of 18. On the below date, I served the following parties, the below titled document, by placing and depositing true copies in sealed-postage-paid envelopes in the U.S. mail in California.

**APPELLANT'S**
1. MOTION TO REOPEN APPEAL DUE TO APPELLEE'S FRAUD UPON THIS COURT;
2. REQUEST TO HAVE THIS COURT'S 12/18/08 ORDER REDUCED TO JUDGMENT;
3. DECLARATION OF DAWN KYLE

**Attorney for Carolyn Anne Dye**
Anthony Alana Friedman, Bar Number 201955
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Bl Ste 1700
Los Angeles, CA 90067
310-229-1234
Fax : 310-229-1244
Email: aaf@lnbrb.com

**Chapter 7 Trustee**
Carolyn Anne Die, State Bar 97527
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA 90010-1901
P (213) 368-5000 / F (213) 368-5009
trustee@cadye.com
cdye@ecf.epiqsystems.com

March 21, 2009

Dawn Kyle, Appellant In Propria Persona
2892 North Bellflower, Suite 354
Long Beach, CA 90815
210.767.3296
eos119@yahoo.com