1  Byron Z. Moldo (SBN 109652)
     bmoldo@ecjlaw.com
2  ERVIN COHEN & JESSUP LLP
   9401 Wilshire Boulevard, Ninth Floor
3  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
4  Facsimile  (310) 859-2325

5  Attorneys for Carolyn A. Dye, Chapter 7 Trustee/Appellee

6

7

8              UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

| | |
|---|---|
| 11  DAWN KYLE, | U.S.D.C. Case No. CV07-08087 FMC |
| 12       Appellant, | Bk Appellate Case No. CC-07-1414 |
| 13       v. | U.S.B.C. Case No. 2:01-bk-42196-VZ |
| 14  CAROLYN ANNE DYE, | |
| 15       Appellee. | **DECLARATION OF BYRON Z. MOLDO IN RESPONSE TO APPELLANT'S NOTICE OF THE TRUSTEE'S CONTEMPT OF THIS COURT'S (THREE) 12/18/08, 3/25/09, AND 4/22/09, ORDERS** |
| 16 | |
| 17 | |
| 18 | Date:        June 1, 2009 |
|    | Time:        10:00 a.m. |
| 19 | Crtrm.:      G8 |
| 20 | Judge Florence-Marie Cooper |
| 21 | |

22       I, Byron Z. Moldo, declare as follows:

23       1.     I am an attorney licensed to practice law in the State of California, and

24  a partner in the law firm of Ervin Cohen & Jessup LLP, attorneys for Carolyn Dye,

25  Chapter 7 Trustee ("Trustee").  All of the statements contained within this

26  declaration are true of my own personal knowledge.

27       2.     On May 19, 2009 I received notice of the filing by Appellant Dawn

28  Kyle ("Kyle") of the "Notice of the Trustee's Contempt of this Court's (Three)

IDOCS:13508.1:872831.1

1  12/18/08, 3/25/09, and 4/22/09, Orders" ("Notice").  The Notice requests sanctions

2  against the Trustee, that Kyle receive a United States Postal Service Money Order

3  ("Money Order"), and a minimum of $ 800.00 for Kyle's inconvenience in

4  attempting to negotiate a check.

5        3.  On May 13, 2009, I sent by Overnite Express mail to Kyle a Money Order

6  in the sum of $ 58.26, with a cover letter.  A copy of my May 13, 2009 letter and the

7  enclosed money order is attached hereto as **Exhibit "A."**

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed this 19th day of May, 2009, at Los Angeles, California.

10

11

12                              /s/  BYRON Z. MOLDO

13                              BYRON Z. MOLDO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

EXHIBIT A

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212-2974
bmoldo@ecjlaw.com
PH: 310.273.6333
FX: 310.859.2325
File 13508.1

May 13, 2009

**VIA OVERNITE EXPRESS**

Dawn Kyle
2892 N. Bellflower
Suite 354
Long Beach, CA  90815

Re:     Case No. CV 07-08087-FMC

Dear Ms. Kyle:

Pursuant to the Court's December 18, 2008 Order, I am enclosing a United States Postal Service Money Order in the sum of $58.26.

Very truly yours,

BYRON Z. MOLDO
ERVIN COHEN & JESSUP LLP

BZM/tm
Enclosures

IDOCS:13508.1:886364.1

**3**

**UNITED STATES POSTAL SERVICE**

Serial Number

16374966221

Pay to DAWN KYLE

Address

Memo 12/18/08 ORDER

© 2008 United States Postal Service. All Rights Reserved.

⑈00000800 2⑈

**POSTAL MONEY ORDER**

Year, Month, Day    Post Office    U.S. Dollars and Cents

2009-05-13    902100    $58.26

Amount    FIFTY EIGHT DOLLARS & 26¢    *******************

Clerk

0010

From

Address

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

16374966221

**4**

 OverniteExpress




31252-001203-V10

**Next Day Overnite -- P**

**Zone:525**

**Bill To:**31252      Date: 5/13/2009
**From:**Byron Z. Moldo, Esq.
     Ervin, Cohen & Jessup LLP
     9401 Wilshire Blvd.
     Ste:900
     Beverly Hills , CA 90212
     3102736333

Billing Reference:13508.1

**To:Dawn Kyle**

**Dawn Kyle**

**2892 N. Bellflower**

**Ste:354**

**Long Beach , CA 90815**

**2135003296**

**Ok to Leave**



SPECIAL INSTRUCTIONS: Ok to Leave

**Number of Pieces: 1**



Please fold this page in half and place it in the pouch on your shipment. Only one copy is required by Overnite Express.
WARNING: Use only the printed label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with cancellation of your Overnite Express account or OverniteShip Online Profile. Shipments with invalid account or credit card numbers will not be delivered.



OverniteExpress™
A Division of NORCO

| | |
|---|---|
| **Shipment Number:** 31252-001203-V10 | Attention: Dawn Kyle |
| **Billed To Account Number:** 31252 | Company / Residence: Dawn Kyle |
| **Shipper's Billing Reference:** 13508.1 | Destination Address: 2892 N. Bellflower    Ste/Flr: 354 |
| **Shipper Name:** Byron Z. Moldo, Esq. | City: Long Beach    ZIP: 90815 |
| | **Delivery Service: P** |

**Recipient Signature: marandia**

**Delivery Scan:** Long Beach 12:02 PM 5/14/2009    Delivery Time: 12:02 PM    Date: 5/14/2009

R Manyarmgia

If you are having trouble viewing this email please <u>click here</u>

**OVERNITE EXPRESS delivers to California, Arizona, Nevada and Mexico.**

6

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

       I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address is 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

       On May 19, 2009, I served the document(s) described as: **DECLARATION OF BYRON Z. MOLDO IN RESPONSE TO APPELLANT'S NOTICE OF THE TRUSTEE'S CONTEMPT OF THIS COURT'S (THREE) 12/18/08, 3/25/09 AND 4/22/09, ORDERS**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒   **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐   **BY FEDERAL EXPRESS/OVERNITE EXPRESS/EXPRESS MAIL/CERTIFIED MAIL:** I caused said document(s) to be sent via Federal Express/Overnite Express/Express Mail for next business day delivery or Certified Mail.

☐   **BY EMAIL:** I caused said document(s) to be sent via email.

☐   **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐   **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐   [State]     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

       Executed on May 19, 2009, at Los Angeles, California.

                                _____

                                  TRISH MELENDEZ

IDOCS:13508.1:771384.1

1

SERVICE LIST

2

3

Dawn Jean Kyle                                    Debtor/Appellant, in pro per
fka Dawn Jean Martin
2892 N. Bellflower

4

Suite 354
Long Beach, CA  90815

5

T :  213/500-3296

6

E :  eos119@yahoo.com

7

8

Carolyn A. Dye, Trustee                           Chapter 7 Trustee/Appellee
Law Offices of Carolyn A. Dye
3435 Wilshire Blvd.

9

Suite 1045
Los Angeles, CA  90010-1901

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IDOCS:13508.1:771384.1